<u>DEFENDANT</u>: TRAMMEL THOMAS

<u>DOB:</u>  1979

<u>ADDRESS:</u>

6818 South 40th Drive
Phoenix, AZ   85041

<u>COMPLAINT FILED?</u>         _____ YES     X\_\_\_NO

<u>OFFENSES:</u>

| | |
|---|---|
| **Count 1:** | 18 U.S.C. § 286 – Conspiracy to Defraud the Government with Respect to Claims |
| **Counts 2-13** | 18 U.S.C. § 1343 – Wire Fraud |
| **Counts 14-26** | 18 U.S.C. § 1341 – Mail Fraud |

<u>LOCATION OF OFFENSES:</u>     El Paso and Denver Counties, Colorado

<u>PENALTIES:</u>

| | |
|---|---|
| **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
| **Counts 2-13** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count. |
| **Counts 14-26** | NMT 20 years of imprisonment; a fine of NMT twice the financial gain, or $250,000, whichever is greater; NMT 3 years of supervised release; restitution; $100 special assessment fee for each count. |

<u>AGENT:</u>         Department of Education, Office of Inspector General Special Agent Sandra Ennis

<u>AUTHORIZED BY:</u>  Martha A. Paluch, Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL:</u>
_____ five days or less
___X___ over five days
_____ other

<u>THE GOVERNMENT</u>
___X___ will seek detention in this case
_____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE:</u>   _____ Yes   ___X___ No