**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  16-cr-00054-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

   3.  MERCEDES DIAZ,

        Defendant.

---

### MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for a Writ of Habeas Corpus Ad Prosequendum and states as follows:

1) The defendant, MERCEDES DIAZ, YOB: 1989, DOC # 280050, is confined in the ARIZONA STATE PRISON COMPLEX-PERRYVILLE at 2105 NORTH CITRUS ROAD, GOODYEAR, ARIZONA, 88395.

2) An initial appearance will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge on the charges in the INDICTMENT in the above-captioned case, and it is necessary that she be present in person during the proceedings, appearances, and final disposition of her case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the

defendant is confined, and requiring said United States Marshal to produce the defendant before a United States Magistrate Judge for an initial appearance and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

Respectfully submitted this 8th day of March, 2016.

JOHN F. WALSH
United States Attorney

By:   *s/Martha A. Paluch*
      MARTHA A. PALUCH
      Assistant U.S. Attorney
      1225 Seventeenth Street, Suite 700
      Denver, Colorado  80202
      Telephone:  (303) 454-0100
      Fax:   303) 454-0403
      Email:  Martha.Paluch@usdoj.gov
      Attorney for the Government