**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 16-cr-054-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     **HEATHER CARR**,
2.     **TRAMMEL THOMAS,**
3.     **MERCEDES DIAZ,**

      Defendants.

## STIPULATED PROTECTIVE ORDER

      The United States of America, through Assistant United States Attorney Martha A. Paluch, and Defendants Heather Carr, through her counsel Mary V. Butterton, Trammel Thomas, through his counsel Michael G. Root, and Mercedes Diaz, through her counsel Siddhartha H. Rathod, respectfully move this Court to enter this Stipulated Protective Order governing the discovery in this case in order to protect grand jury material and the personal identifying information of third parties.

      The instant offense involves the Defendants' alleged submission of false applications for federal student aid and applications to community colleges for admission in the names of approximately 180 individuals.  The discovery in this case includes documents submitted to the Department of Education and community colleges in these individuals' names, which documents contain these individuals' personal identifying information such as dates of birth, alleged addresses, and social security

numbers. The discovery also includes grand jury testimony and exhibits. It is necessary for the Government to make these materials available to the Defendants and their counsel in discovery.

In order to balance the privacy concerns of the individuals named in these documents and other records against the important interest in the government providing broad discovery in this case, the parties have stipulated to the terms set forth in the attached proposed protective order. For good cause, the Court may enter a protective order regulating discovery in a criminal case pursuant to Fed. R. Crim. P. 16(d)(1).

IT IS STIPULATED that disclosure of information contained in the documents and other records at issue in this case shall be made only to the Defendants, their attorneys, and anyone hired or employed for the purpose of assisting in the preparation of the defense in this case (to include third-party vendors); the Defendants and their attorneys or agents will not use this information, or the substance thereof, in any way except as is necessary in preparing and presenting the legal defense of this case; this information shall be maintained in the defense attorneys' (or third-party vendors') custody; and such information shall not otherwise be disclosed, reproduced, or disseminated. Defense counsel agree that if any portion of the discovery is provided to a third-party vendor, defense counsel will provide that vendor with a copy of this Stipulated Protective Order and will ensure that the third-party vendor agrees to the terms set forth in this Protective Order prior to receipt of any discovery.

IT IS ALSO STIPULATED that this agreement may be modified by specific agreement between the United States and Defendant(s) where disclosure of certain non-Grand Jury redacted discovery to a Defendant or Defendants is necessary.

SO STIPULATED:

s/Mary V. Butterton    3/31/16
Mary V. Butterton      Date
Counsel for Heather Carr

s/Michael G. Root      3/31/16
Michael G. Root        Date
Counsel for Trammel Thomas

s/Siddhartha H. Rathod    3/31/16
Siddhartha H. Rathod      Date
Counsel for Mercedes Diaz

s/ Martha A. Paluch    3/31/16
AUSA Martha A. Paluch  Date

Dated this 1st day of April, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge

3