**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. Heather Carr
2. Trammel Thomas
**3. Mercedes Diaz**

Defendants.

---

### NOTICE OF DISPOSITION

---

Mercedes Diaz, by and through his attorney, Siddhartha H. Rathod of RATHOD | MOHAMEDBHAI LLC, hereby gives notice to the Court that a disposition has been reached in this matter and all further dates may be vacated as a result of that disposition.

Both counsel for Ms. Diaz and the AUSA request that due to counsel's schedule and the fact that Ms. Diaz currently resides in Arizona that the Change of Plea Hearing be scheduled for no earlier than the middle of September.

DATED this 22nd day of August 2016.

        RATHOD | MOHAMEDBHAI LLC

        *s/ Siddhartha H. Rathod*
        _____
        Siddhartha H. Rathod
        2701 Lawrence Street, Suite 100
        Denver, CO 80205
        (303) 578-4400 (w)
        (303) 578-4401 (f)
        sr@rmlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2016, I electronically filed the foregoing **Notice of Disposition** with the Clerk of Court using the CM/ECF system, which will send electronic notification to of such filing to all counsel of record.

                                                                              RATHOD | MOHAMEDBHAI LLC

                                                                              *s/ Siddhartha H. Rathod*
                                                                              _____
                                                                              Siddhartha H. Rathod