IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. Heather Carr
2. Trammel Thomas
**3. Mercedes Diaz**

Defendants.

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

Mercedes Diaz, by and through his attorney, Siddhartha H. Rathod of Rathod | Mohamedbhai LLC, hereby request to continue the Change of Plea Hearing. In support thereof states as follows:

1. On August 22, 2016 Ms. Diaz filed a Notice of Disposition. [Doc. 67].

2. The court subsequently set the Change of Plea Hearing on September 20, 2016 at 10:15 a.m. [Doc. 68]. Counsel for Ms. Diaz is currently set for Trial on September 19-20 and will then be out of town from September 21-25.

3. On August 22, 2016, counsel for Ms. Diaz and the AUSA contacted chambers and requested to move the Change of Plea Hearing and cleared available dates and times.

4. Both the AUSA and counsel for Ms. Diaz are available the following dates and times:

    a. October 7, 2016 between 9:00 a.m. and 2:00 p.m.

    b. October 11, 2016 between 9:00 a.m. and 2:00 p.m.

    c. October 13, 2016 all day.

    d. October 14, 2016 all day.

Wherefore it is respectfully requested that this Court grant a continuance of the Change of Plea Hearing.

DATED this 22nd day of August 2016.

> RATHOD | MOHAMEDBHAI LLC
>
> *s/ Siddhartha H. Rathod*
>
> _____
> Siddhartha H. Rathod
> 2701 Lawrence Street, Suite 100
> Denver, CO 80205
> (303) 578-4400 (w)
> (303) 578-4401 (f)
> sr@rmlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2016, I electronically filed the foregoing **Unopposed Motion to Continue Change of Plea Hearing** with the Clerk of Court using the CM/ECF system, which will send electronic notification to of such filing to all counsel of record.

                                              RATHOD | MOHAMEDBHAI LLC

                                              *s/ Siddhartha H. Rathod*
                                              _____
                                              Siddhartha H. Rathod