**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:16-cr-54-WJM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. HEATHER CARR,
2. TRAMMEL THOMAS,
3. MERCEDES DIAZ,

Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:     The clerk of court and all parties of record

     I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

     the Government.

     DATED at Denver, Colorado this 5th day of October, 2016.

     Beth Gibson
Name of Attorney

     United States Attorney's Office
Firm Name

     1225 Seventeenth Street, Suite 700
Office Address

     Denver, CO 80202
City, State, ZIP Code

     303-454-0100
Telephone Number

     Beth.Gibson@usdoj.gov
Primary CM/ECF E-mail Address

2

Respectfully submitted this 5th day of October, 2016.

By: *s/ Beth Gibson*
BETH GIBSON
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: Beth.Gibson@usdoj.gov
Attorney for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October, 2016, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Michael Gary Root    mroot@mikerootlaw.com

Martha Ann Paluch    Martha.Paluch@usdoj.gov, Mariah.Tracy@usdoj.gov, diana.brown@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Siddhartha H. Rathod    sr@rmlawyers.com, ls@rmlawyers.com, qm@rmlawyers.com

Daniel Edward Burrows    daniel.burrows@usdoj.gov, USACO.ECFCriminal@usdoj.gov, michelle.trujillo@usdoj.gov

Mary Virginia Butterton    mary_butterton@fd.org, COX_ECF@fd.org

By: *s/ Beth Gibson*
BETH GIBSON
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: Beth.Gibson@usdoj.gov
Attorney for the United States