**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HEATHER CARR,
2. TRAMMEL THOMAS, and
3. MERCEDES DIAZ,

    Defendants.

___

**MOTION TO WITHDRAW**
___

The United States of America, by Daniel E. Burrows, Special Assistant United States Attorney, hereby files its Motion to Withdraw as counsel of record in the above-captioned case requesting that he be withdrawn as an attorney of record representing the United States in this matter. Assistant United States Attorney Beth N. Gibson has entered her appearance as counsel of record.

Respectfully submitted this 5th day of October, 2016.

                            ROBERT C. TROYER
                            Acting United States Attorney

          By:   *s/ Daniel E. Burrows*
                Daniel E. Burrows
                Special Assistant U.S. Attorney
                1225 17th Street, Suite 700
                Denver, CO 80202
                Telephone: 303-454-0100
                Facsimile: 303-454-0402
                Email:  Daniel.Burrows@usdoj.gov
                Attorney for the Government

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2016, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send such notification to all counsel of record in this case.

      *s/ Dee Boucher*
      United States Attorney's Office