IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: | Deborah Hansen | Date: | October 7, 2015 |
| Court Reporter: | Mary George | Time: | thirty-four minutes |

_____

Criminal Action No.  16-cr-00054-WJM           *Counsel:*

UNITED STATES OF AMERICA,                      Martha Paluch

     Plaintiff,

v.

MERCEDES DIAZ,                                 Siddhartha Rathod

     Defendant.

_____

## COURTROOM MINUTES
_____

CHANGE OF PLEA HEARING

10:00 a.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Defendant advised of maximum penalties.

Defendant's right to trial to jury and other constitutional rights explained.

Mr. Rathod states for the record the extent and scope of the limited waiver of the defendant's appeal and collateral challenge rights contained in the Plea Agreement.

Colloquy between the Court and the defendant

The defendant confirms that she understands and agrees to the limitations contained in the Plea Agreement and her right to appeal the sentence the Court will impose.

Count One of the Indictment read to the defendant.

Defendant pleads guilty to Count One of the Indictment and admits to the forfeiture allegation.

**ORDERED:** **Court Exhibit 1 - Plea Agreement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty are RECEIVED into evidence.**

**ORDERED:** **Defendant's plea of guilty to Count One of the Indictment and admission to the forfeiture allegation are ACCEPTED.**

**ORDERED:** **The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement. In accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, MUST be filed no later than 14 days prior to the date of the sentencing hearing. Proposed orders on such motions must be provided to the Chambers e-mail address at the same time. Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.**

**ORDERED:** **Sentencing is set for January 18, 2017 at 10:00 a.m.**

**ORDERED:** **All hearings and settings in this case other than the Sentencing date are hereby VACATED.  Any pending motions are hereby DENIED as moot.**

The Court addresses the application of § 3143 with regard to immediate remand.

Statement Ms. Paluch

Statement Mr. Rathod

The Court enters findings on the record.

The Court finds by clear and convincing evidence that the defendant's conditions of release reasonably assure that he will not flee or pose a danger to the safety of the community, and that conditions within the meaning of 18 U.S.C. § 3143 have been met.  Therefore,

**IT IS ORDERED that the defendant is permitted to remain free on bond subject to the conditions of release as set forth in the Order Setting Conditions of Release.**

10:34 a.m.    Court in Recess
              Hearing Concluded