**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  3.  MERCEDES DIAZ,

    Defendant.

---

**GOVERNMENT'S UNOPPOSED MOTION TO REAFFIRM THAT DEFENDANT'S
GUILTY PLEA WAS KNOWING AND VOLUNTARY
PRIOR TO HER SENTENCING HEARING**

---

The United States of America (the government), without opposition from the defense, respectfully requests that the Court reaffirm that the defendant's guilty plea entered in this case was in fact knowing and voluntary, in light of recent test results which confirm that the defendant used cocaine in the early morning hours prior to her change of plea hearing.   In support of this motion, the government states as follows:

  1) On February 8, 2016, a 27-count Indictment was returned by the grand jury, charging the defendant in Count 1 with conspiracy to defraud the government with respect to claims, in violation of Title 18, United States Code, Section 286, and in Counts 20 and 21 with mail fraud, in violation of Title 18, United States Code, Section 1341.   ECF 1.

  2) On October 7, 2014, the defendant pled guilty to Count 1 pursuant to the terms of

her plea agreement. ECF 81. She is scheduled to be sentenced at 10:00 a.m. on January 18, 2017. ECF 80.

3) On October 28, 2016, the probation office sent a memorandum to the Court and undersigned counsel advising that on the day of her change of plea hearing, October 7, 2016, the defendant submitted a urine sample to the Denver Probation Office which tested positive for cocaine. The defendant initially denied any use of cocaine, but later, on October 24, 2016 she admitted to her probation officer in Arizona that she had used cocaine the night of October 6 until approximately 2:00 a.m. on October 7, 2016. Her change of plea hearing commenced at 9:45 a.m. on October 7, 2016.

4) Notably, during the change of plea hearing, the Court asked the defendant whether she was "now under the influence of any medication, drug or alcohol?" The defendant responded, "I am – I do take my medication." She explained she takes a prescribed medication and assured the court that her medication did not cause "any side effects that prevent[ed] [her] from understanding" what was happening at the hearing. Change of plea transcript, attached hereto as Attachment 1, at Page 5.

5) Given the test results establishing drug use hours prior to her change of plea hearing, the government requests that the Court reaffirm that the defendant has and is entering a knowing and voluntary guilty plea prior to her sentencing hearing on January 18, 2017, or earlier, should the Court determine a hearing at an earlier date is warranted. *See United States v. Renfroe*, 825 F.2d 763, 765-68 (3d Cir. 1987) (remanding case to the district court to determine defendant's competency in light of

evidence presented at a post-trial due process and sentencing hearing of the defendant's extensive drug use history, including his allegation that he used cocaine "prior to and during his own federal trial"); *Taylor v. Horn,* 504 F.3d 416, 434 (3d Cir. 2007) (rejecting defendant's 28 U.S.C. § 2255 claim that he was incompetent to participate in his legal proceedings due to, *inter alia,* his history of drug abuse where there was no "evidence that Taylor was abusing drugs immediately prior to or during the proceedings"); *Taliaferro v. United States,* 330 F. Supp. 408, 409-412 (N.D. CA. 1971) (rejecting defendant's 28 U.S.C. § 2255 claim that he was under the influence of heroin and LSD at the time of his change of plea thereby rending his guilty plea involuntary where there was no evidence supporting his contention).

6) Undersigned counsel has discussed this motion with the defendant's counsel, Mr. Siddhartha Rathod.   Mr. Rathod represents that he does not oppose this motion, and believes this matter can be addressed prior to the defendant's January 18, 2017 sentencing hearing.

For these reasons, the government respectfully requests that the Court grant the relief requested herein.

Respectfully submitted this 10th day of November, 2016.

        ROBERT C. TROYER
        Acting United States Attorney


        s/ Martha A. Paluch
        MARTHA A. PALUCH
        BETH GIBSON
        Assistant U.S. Attorneys
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Email: martha.paluch@usdoj.gov
              Beth.gibson@usdoj.gov

## **CERTIFICATE OF SERVICE**

        I hereby certify that on November 10, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mary Virginia Butterton
Counsel for Heather Carr
mary_butterton@fd.org

Michael Gary Root
Counsel for Trammel Thomas
mroot@mikerootlaw.com

Siddhartha H. Rathod
Counsel for Mercedes Diaz
sr@rmlawyers.com

        s/*Mariah Hill*
        Mariah Hill
        Legal Assistant
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, CO 80202
        303 454-0100
        Fax: 303 454-0402
        Email:Mariah.hill@usdoj.gov