## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. Heather Carr
2. Trammel Thomas
**3. Mercedes Diaz**

Defendants.

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Mercedes Diaz, by and through his attorney, Siddhartha H. Rathod of RATHOD | MOHAMEDBHAI LLC, hereby request to continue the January 18, 2017 Sentencing Heating. In support thereof states as follows:

1. Undersigned counsel conferred with Assistant United States Attorney Martha Paluch who does not oppose the instant request.

2. On October 7, 2016 Ms. Diaz plead guilty to Count One of the Indictment. Sentencing was set for January 18, 2017 at 10:00 a.m.

3. On December 13, 2016 the Unites States Probation Office filed its Presentence Report.  The Presentence Report calculates a higher Offense Level and Criminal History Category than was anticipated by the parties.

4. Undersigned counsel needs additional time to investigate the Presentence Report and work with the government.

Wherefore, Ms. Diaz, through counsel, respectfully requests the January 18, 2017 Sentencing Hearing be vacated and a new date be scheduled via telephonic conference with chambers.

Respectfully submitted this 3rd day of January 2017.

RATHOD | MOHAMEDBHAI LLC

*s/ Siddhartha H. Rathod*
_____
Siddhartha H. Rathod
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400 (w)
(303) 578-4401 (f)
sr@rmlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2017, I electronically filed the foregoing **Unopposed Motion to Continue Sentencing** with the Clerk of Court using the CM/ECF system, which will send electronic notification to of such filing to all counsel of record.

                                                RATHOD | MOHAMEDBHAI LLC

                                                *s/ Siddhartha H. Rathod*
                                                _____
                                                Siddhartha H. Rathod