IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM-03

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3. MERCEDES DIAZ,

    Defendant.

---

**PARTIES' JOINT MOTION TO CONTINUE DEFENDANT'S
MARCH 3, 2017 SENTENCING HEARING**

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, and the defendant Mercedes Diaz, through her counsel Siddhartha Rathod, hereby respectfully request that the Court continue the defendant's March 3, 2017 sentencing hearing, for the following reasons:

1)  The defendant's sentencing hearing is currently scheduled for March 3, 2017, at 10:30 a.m.

2)  The defendant recently decided to cooperate with the government and provide substantial assistance in the investigation and prosecution of other persons, namely, her co-defendants in this case as well as an unindicted co-conspirator.

3)  Government counsel met with the defendant and her counsel in Colorado Springs on February 10, 2017, for a debriefing session which lasted several hours.

4)  One of the terms of the defendant's cooperation is that she testify at trial against

1

Defendant Trammel Thomas, should Mr. Thomas elect to go to trial,[1] and against the unindicted co-conspirator.

5)  Government counsel intends to pursue charges against the unindicted coconspirator within the next month to six weeks.  If charges are returned against the fourth conspirator, it will take some time for counsel for that individual to review the voluminous discovery in this case and be prepared for trial.

6)  Government counsel cannot determine the level of departure to request for the defendant until all of her co-conspirators have been tried and/or are sentenced.

7)  Mr. Rathod has discussed this continuance with his client, and represents that his client is in agreement with a continuance of this matter.

8)  The parties therefore request that the sentencing hearing in this case be vacated for a period of at least six months and reset for a status conference in September 2017.

9)  If circumstances develop which would allow for the defendant's sentencing hearing to take place at an earlier time, the parties would so notify the Court.

Respectfully submitted,

s/ Martha A. Paluch
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

---

[1]  A change of plea hearing is scheduled with respect to Mr. Thomas on March 10, 2017, at 10:00 a.m.  Defendant Heather Carr pled guilty on December 5, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mary Virginia Butterton
Counsel for Heather Carr
mary_butterton@fd.org

Renee Cooper
Counsel for Trammel Thomas
attyrcooper@gmail.com

Siddhartha H. Rathod
Counsel for Mercedes Diaz
sr@rmlawyers.com

s/ Mariah Hill
MARIAH HILL
Legal Assistant
U.S. Attorney's Office
1801 California Street, Ste 1600
Denver, CO  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0401
e-mail: Mariah.Hill@usdoj.gov