IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00054-WJM-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. MERCEDES DIAZ,

    Defendant.

---

**ORDER ON THE PARTIES' JOINT MOTION TO CONTINUE DEFENDANT'S MARCH 3, 2017 SENTENCING HEARING**

---

THIS MATTER comes before the Court upon the Parties' Joint Motion to Continue Defendant's March 3, 2017 Sentencing Hearing [Doc.   ].

The Court having considered this motion, it is hereby

ORDERED that the Joint Motion to Continue Defendant's March 3, 2017 Sentencing Hearing [Doc.   ] is GRANTED. It is further

ORDERED that counsel for the government and the defendant shall contact chambers to schedule a status conference.

DATED this _____ day of _____, 2017.

                                          BY THE COURT:

                                          _____
                                          WILLIAM J. MARTINEZ
                                          United States District Judge
                                          District of Colorado