IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM-03

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3. MERCEDES DIAZ,

        Defendant.

---

**PARTIES' JOINT MOTION TO VACATE DEFENDANT'S
SEPTEMBER 11, 2017 STATUS CONFERENCE**

---

      The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, and the defendant Mercedes Diaz, through her counsel Siddhartha Rathod, hereby respectfully request that the Court vacate the defendant's September 11, 2017 status conference, for the following reasons:

    1)  A status conference in this matter is currently scheduled for September 11, 2017, at 10:00 a.m.

    2)  The defendant has agreed to cooperate with the government and provide substantial assistance in the investigation and prosecution of other persons, namely, her co-defendants in this case.

    3)  One of the terms of the defendant's cooperation is that she testify at trial against Defendant Trammel Thomas.  The grand jury returned a Superseding Indictment on April 11, 2017, which indictment added charges against co-conspirator Marcelle Green.

1

Defendant Diaz has agreed to testify against Defendant Green as well.

4) The trial against Defendants Thomas and Green is scheduled to commence on November 27, 2017.

5) Government counsel cannot determine the level of departure to request for the defendant until all of her co-conspirators have been tried and/or are sentenced. For this reason, the parties believe a status conference in September will be of little use to the Court.

6) Undersigned counsel has consulted with defendant's counsel, Mr. Siddhartha Rathod. Mr. Rathod represented that he is in agreement with the relief requested in this motion.

7) The parties therefore respectfully request that the September 11, 2017 status conference in this case be vacated and that the Court allow the parties to jointly call chambers to set this matter for a sentencing hearing in early 2018.

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following e-mail address:

Mary Virginia Butterton
Counsel for Heather Carr
mary_butterton@fd.org

Daniel T. Smith
Counsel for Trammel Thomas
danieltsmith@qwestoffice.net

Siddhartha H. Rathod
Counsel for Mercedes Diaz
sr@rmlawyers.com

Jeralyn Merritt
Counsel for Marcelle Green
jeralynm@gmail.com

                                                s/ *Mariah Hill*_____
                                                MARIAH HILL
                                                Legal Assistant
                                                U.S. Attorney's Office
                                                1801 California Street, Ste 1600
                                                Denver, CO  80202
                                                Telephone:  (303) 454-0100
                                                Fax:  (303) 454-0401
                                                e-mail: Mariah.Hill@usdoj.gov