## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. Heather Carr
2. Trammel Thomas
3. **Mercedes Diaz**

Defendants.

## UNOPPOSED MOTION FOR LEAVE TO RESTRICT

Mercedes Diaz, by and through her attorney, Siddhartha H. Rathod of RATHOD | MOHAMEDBHAI LLC, respectfully requests that this Court grant leave to Defendant Mercedes Diaz to file her Motion for Departure and Variant Sentence ("Motion) under Level 2 Restriction pursuant to D.C.COLO.LCrR 47.1(c) for the reasons stated therein.

### RESTRICTION

1. The information contained in the Motion is highly sensitive, contains confidential healthcare information, and its disclosure to the public could seriously jeopardize Defendant Diaz's interest in the privacy of her confidential healthcare information. Defendant Diaz's interest in the privacy of her confidential healthcare information outweighs the presumption of public access.

2. If restriction is not permitted, Defendant Diaz's privacy will be seriously compromised. The public will receive no benefit from having access to otherwise confidential and protected information.

3. No alternative restriction is practicable as undersigned counsel is required to state with particularity the reasons supporting the relief requested in this motion. That relief cannot be justified without explicit reference to Defendant Diaz's confidential healthcare information and other highly personal information.

4. Undersigned counsel therefore requests that this motion be subject to Level 2 restriction.

Undersigned counsel has conferred with AUSA Martha Paluch regarding the relief requested in this motion and has been authorized to represent that AUSA Paluch does not oppose the filing of this motion under Level 2 restriction.

Respectfully submitted this 28th day of December 2017.

<div style="margin-left:3em">

RATHOD | MOHAMEDBHAI LLC

s/ Siddhartha H. Rathod
Siddhartha H. Rathod
2701 Lawrence Street, Suite 100
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
sr@rmlawyers.com

*Counsel for Defendant Mercedes Diaz*

</div>

## **CERTIFICATE OF SERVICE**

       I hereby certify that on December 28, 2017, I electronically filed the foregoing MOTION FOR LEAVE TO RESTRICT with the Clerk of Court using the CM/ECF system, which will send electronic notification to of such filing to all counsel of record.

                                                 RATHOD | MOHAMEDBHAI LLC

                                                 *s/ Siddhartha H. Rathod*
                                                 _____
                                                 Siddhartha H. Rathod