IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. MERCEDES DIAZ,

    Defendant.

---

## GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

---

The United States of America, by and through Martha A. Paluch, and Bryan D. Fields, Assistant United States Attorneys, hereby respectfully moves the Court, after having accepted Defendant Mercedes Diaz's plea of guilty to Count 1 of the Indictment[1] and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Counts 20 and 21 of the Indictment with respect to Defendant Mercedes Diaz only at the time of sentencing.

---

[1] Mercedes Diaz was not charged in the Superseding Indictment (ECF 131).

1

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Bryan D. Fields
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov
Bryan.fields3@usdoj.gov

3

## CERTIFICATE OF SERVICE

I certify that on this 29th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

        s/ *Martha A. Paluch*
        MARTHA A. PALUCH
        BRYAN DAVID FIELDS
        Assistant United States Attorneys
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        martha.paluch@usdoj.gov
        bryan.fields3@usdoj.gov