IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00054-WJM-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. MERCEDES DIAZ,

    Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)**

---

The United States of America, by and through Martha A. Paluch, and Bryan D. Fields, Assistant United States Attorneys, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).  Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial for this defendant and permitted both the government and the Court to allocate their resources more efficiently.

1

2

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Bryan D. Fields
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov
Bryan.fields3@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 29th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ *Martha A. Paluch*
MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

2