**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00054-WJM-03

UNITED STATES OF AMERICA

    Plaintiff,

v.

3. MERCEDES DIAZ,

    Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT**

---

The United States of America, by and through United States Attorney Robert C. Troyer and the undersigned Assistant United States Attorneys, respectfully moves to restrict document filed herewith, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, any order reveling the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Bryan D. Fields
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov
Bryan.fields3@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 29th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ *Martha A. Paluch*
MARTHA A. PALUCH
BRYAN DAVID FIELDS
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov

2