**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 16-cr-00054-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.      Heather Carr
2.      Trammel Thomas
3.      **Mercedes Diaz**

Defendants.

## NOTICE OF CONFERRAL REGARDING SENTENCING

Mercedes Diaz, by and through her attorney Siddhartha H. Rathod of RATHOD | MOHAMEDBHAI LLC, hereby submits this Notice of Conferral and in connection therewith, states the following:

### Statement of Conferral

Mercedes Diaz will be sentenced in this case on January 12, 2018. ECF No. 261. Ms. Diaz maintains that probation is an appropriate sentence. *See* ECF No. 255. However, in the event the Court imposes a term of imprisonment, undersigned counsel has conferred with the United States and has been authorized to represent that the government does not oppose this Court granting Ms. Diaz the following, respectfully requested, relief:

1. A stay of execution of Ms. Diaz's sentence until after her infant daughter reaches the age of one, until August 29, 2018.

2. Placement of Ms. Diaz in FCI Phoenix, where Ms. Diaz will have the closest access to her family and support system outside of prison.

3. That any separation agreement entered by the Court be limited to exclude any co-defendant placed at FCI Phoenix, so as not to affect the possibility of Ms. Diaz's placement in that facility.

**Background**

Ms. Diaz has requested that this Court impose a 36-month probationary sentence. *See* ECF No. 255. The United States has requested that this Court impose a 33-month sentence of imprisonment, and a period of three-years supervised release. ECF No. 285. Heather Carr, Ms. Diaz's co-defendant, was sentenced on January 4, 2018. The Court imposed 57 months incarceration at a facility appropriate to Ms. Carr's security designation, located within the District of Arizona. ECF No. 272. The Court ordered Ms. Carr to voluntarily surrender to the Bureau of Prisons on February 8, 2018. *Id.*

On January 5, 2018, another co-defendant, Marcelle Green, filed a motion with the Court to continue her sentencing or, in the alternative, to delay her voluntary surrender "until June 1, 2018 so her two youngest children will be assured of a place to live during her incarceration." ECF No. 275 at 6. In her motion, Ms. Green explains that she will have great difficulty finding permanent housing options for her children if incarcerated before May 2018. ECF No. 275 at 3. Ms. Green asserts that it would be in the best interests of her children to allow Ms. Green to delay her incarceration for approximately five months. *See generally id.* The Court denied Ms. Green's request to continue her sentencing hearing, but granted Ms. Green's alternative request to defer her date of voluntary surrender until June 1, 2018, for the reasons stated in Ms. Green's motion. ECF No. 277.

While Ms. Diaz currently resides with her partner and children in Colorado, Ms. Diaz's only other family resides in Arizona. It is undersigned counsel's understanding that FCI Phoenix

is the closest federal women's detention facility to Ms. Diaz's family.  It is incredibly important to Ms. Diaz's continued recovery that she have access to the strong support system she has built since this prosecution began.  *See generally* ECF No. 255.  Placement in FCI Arizona would therefore be consistent with this Court's sentencing goals in that supporting Ms. Diaz's recovery will tend to reduce the likelihood of her recidivism.

## Factual Support

On July 29, 2017, during the pendency of this case, Ms. Diaz gave birth to her first child, a healthy baby girl named Edalillana.  Ms. Diaz is Edalillana's primary caregiver.  At less than a year old, Edalillana is in a critical developmental stage.  Indeed, "The most important stage for brain development is the beginning of life, starting in the womb and then the first year of life." Robert Winston and Rebecca Chicot, *The Importance of Early Bonding on the Long-Term Mental Health and Resilience of Children*, LONDON J. PRIM. CARE, Vol. 8, Iss. 1, 12 (2016) [hereinafter "THE IMPORTANCE OF EARLY BONDING"].[1]  Infants "undergo huge brain development, growth and neuron pruning in the first two years of life." *Id.*  "The experiences a baby has with her caregivers are crucial to this early wiring and pruning and enable millions and millions of new connections in the brain to be made." *Id.* Significantly, "The brain development of infants (as well as their social, emotional and cognitive development) depends on a loving bond or attachment relationship with a primary caregiver." *Id.*  "Longitudinal research has shown that having a 'loving' primary caregiver and developing 'organized and secure' attachment to a primary caregiver acts as a protective factor against social and emotional maladjustment for infants and children."  Diane Benoit, *Infant-Parent Attachment: Definition, Types, Antecedents, Measurement, and Outcome*, PEDIATRICS AND CHILD HEALTH, Vol. 9, Iss. 8,

---

[1] Available at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5330336/

541 (2004) [hereinafter "PEDIATRICS AND CHILD HEALTH"].[2]

When an infant is deprived of her primary caregiver "the pathways needed for normal human experiences may be lost." THE IMPORTANCE OF EARLY BONDING. Indeed, "[L]ongitudinal studies have reported that a child's ability to form and maintain healthy relationships throughout life may be significantly impaired by having an insecure attachment to a primary caregiver." *Id.* The presence of disrupted and low-quality attachments during infancy is often associated with future developmental impairments. For example, "[i]n situations with multiple foster placements, neglect or institutionalization, children may develop disorders of nonattachment." PEDIATRICS AND CHILD HEALTH. A lack of bonding and attachment opportunities often manifest in psychosocial maladjustments later in life. In one study, researchers found that 69% of children who were adopted before they were six-months old, and thus more able to form strong attachments with primary caregivers before the age of one, were normally functioning at age six. THE IMPORTANCE OF EARLY BONDING. The same could be said for only 22% of children who were adopted later, between the ages of two and three and a half years. *Id.*

Edalillana's best opportunity to form the type of quality attachment necessary for unhindered development is with Ms. Diaz. At a minimum, disruption of their bond prior to Edalillana's first birthday is likely to have severe consequences for her future development. In short, "Infancy is a crucial time for brain development. It is vital that babies and their parents are supported during this time to promote attachment. Without a good initial bond, children are less likely to grow up to become happy, independent and resilient adults." *Id.* For the above reasons, it is immensely important to Edalillana's development that Ms. Diaz continue to be present in her

---

[2] Available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2724160/

life throughout her first year of infancy or, at a minimum, until August 29, 2018.

 Respectfully submitted this 10th day of January 2018.


             RATHOD | MOHAMEDBHAI LLC

             *s/ Siddhartha H. Rathod*
             Siddhartha H. Rathod
             2701 Lawrence Street, Suite 100
             Denver, CO 80205
             Telephone: (303) 578-4400
             Facsimile: (303) 578-4401
             sr@rmlawyers.com

             *Counsel for Defendant*

**CERTIFICATE OF SERVICE (CM/ECF)**

   I hereby certify that on January 10, 2018, I electronically filed the foregoing **NOTICE OF CONFERRAL** with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

                *s/ Siddhartha H. Rathod*
                Siddhartha H. Rathod