IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  January 12, 2018
Court Reporter:      Mary George           Probation: Kyla Hamilton
                                           Time: 1 hour and 42 minutes

_____

Criminal Action No. 16-cr-00054-WJM         *Counsel:*

UNITED STATES OF AMERICA,                   Martha Paluch

      Plaintiff,

v.

3.  MERCEDES DIAZ,                          Siddhartha Rathod
                                            Nick Lutz
      Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:30 a.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Discussion

On November 10, 2016 the Court granted the Government's Motion To Reaffirm That Defendant's Guilty Plea Was Knowing And Voluntary Prior To Her Sentencing (Doc No. 84). The Motion, without opposition from the defense, requested that the Court reaffirm that the defendant's guilty plea entered in this case was in fact knowing and voluntary, in light of recent test results which confirm that the defendant used cocaine in the early morning hours prior to her Change of Plea Hearing.

Court's colloquy with the defendant

The Court asks the defendant if it still her intent, and does she plead guilty to Count One of the indictment. The defendant answers in the affirmative.

Court's comments

Sentencing Statement by Ms. Paluch

Sentencing Statement by Mr. Rathod

**ORDERED: The Government's Motion To Dismiss Counts With Prejudice [257] is GRANTED. Counts 20 and 21 of the Indictment are dismissed as to Defendant Mercedes Diaz only.**

**ORDERED: The Government's Motion to Grant the Defendant An Additional One-Level Decrease Pursuant to U.S.S.G § 3E1.1(b) [258] is GRANTED.**

**ORDERED: Restricted [261] is GRANTED.**

The Court addresses restricted [255]

Discussion/Argument

Statement by the defendant's sister

Statement by the defendant's fiancé

Defendant's Allocution

**ORDERED: Restricted [255] is GRANTED IN PART.**

> Defendant plead guilty to Count One of the Indictment on October 7, 2015.

**ORDERED: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Mercedes Diaz, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for her time served in pretrial detention.**

    **The Court also recommends that the defendant be incarcerated at a facility appropriate to her security designation located within the District of Arizona.**

**ORDERED:** **Upon release from imprisonment, the defendant shall be placed on Supervised Release for a term of three years.**

    **While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court in District of Colorado General Order 2016-1.**

    **The defendant shall not unlawfully possess and she shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

    **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervision:**

1. **The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's Judgment and Sentence.**

2. **As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.**

3. **The defendant must provide the probation officer access to any requested financial information and authorize the release of any financial information until all financial obligations imposed by the Court are paid in full.**

4. **If the defendant has an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.**

5. The defendant shall document all income or compensation generated or received from any source and provide such information to the probation officer as directed.

6. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

7. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

8. The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer.

9. The defendant shall remain medication compliant and shall take all medications that are prescribed by her treating health care provider. The Defendant shall cooperate with random blood tests as requested by her treating health care provider and/or supervising probation officer, to ensure that a therapeutic level of her prescribed medications is maintained.

**RESTITUTION ORDERED:**

The defendant shall make Restitution in the total amount of $562,487.85, jointly and severally with co-defendants Heather Carr, Marcelle Green and Trammel Thomas, in the amounts and to the individual victims as set forth in the table found at Paragraph 129 of the Final Presentence Investigation Report (Doc No. 241). Interest on the Restitution amount is WAIVED.

**ORDERED:** The Special Assessment fee of $100.00 is imposed, due and payable immediately.

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

**ORDERED:   The Special Assessment and Restitution obligations are due immediately. Any unpaid Restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of Supervised Release of not less than 10% of the defendant's gross household monthly income.**

**Within 15 days of release from custody, the defendant shall meet with the probation officer to develop a plan for the payment of the unpaid portion of her financial obligations under the Court's Judgment. This Plan will be based upon the defendant's income and expenses. The Plan will be forwarded to the Court for review and approval.**

Discussion

The Government has no objection to the requested extended voluntary surrender of the defendant.

The Court finds by clear and convincing evidence, that the defendant is not likely to flee or pose a danger to the safety of any other person or the community. It is, therefore,

**ORDERED that the Defendant, Mercedes Diaz, surrender at the institution designated by the Bureau of Prisons on August 15, 2018 at 12:00 noon.**

**In the interim the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply**.

Defendant advised of her right to appeal.

Probation Officer Hamilton's comments

Discussion

The Government withdraws its request for forfeiture.

12:12 p.m.   Court in Recess
             Hearing concluded