IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:16-cr-00054-WJM-03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MERCEDES DIAZ,

        Defendant.

## ORDER TO SURRENDER IN LIEU OF
## TRANSPORTATION BY THE UNITED STATES MARSHAL

    IT IS ORDERED that Defendant, MERCEDES DIAZ, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, FMC Carswell, J Street, Building 3000, Fort Worth, Texas 76127, on August 15, 2018, by 2:00 p.m., and will travel at her own expense.

    DATED at Denver, Colorado, this 14 day of February, 2018.

BY THE COURT:

_____
WILLIAM J. MARTINEZ
United States District Judge