| ✎PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>1:16-cr-00054-WJM-03 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)*<br>5:21-CR-50041-TC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Mercedes Diaz | DISTRICT<br>Colorado | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>William J. Martinez | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>05/19/2020 — TO 05/18/2023 |

OFFENSE

Consipiracy to Defaud the Government with Respect to Claims, 18 U.S.C. § 286

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE               DISTRICT OF   Colorado

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Kansas  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 14, 2021                            [signature]
*Date*                                        *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE               DISTRICT OF   Kansas

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 14, 2021                            s/ Toby Crouse
*Effective Date*                              *United States District Judge*